**Opinion issued January 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00546-CV

————————————

## JERRY VALDEZ, Appellant

## V.

## PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND ROBERT STRATTON, Appellees

On Appeal from the 57th Judicial District Court
Bexar County, Texas
Trial Court Cause No. 2013-CI-14065

## MEMORANDUM OPINION

Appellant, Jerry Valdez, timely appealed from the trial court's March 11, 2014, order granting the appellees' tradition and no-evidence motions for summary judgment after his motion for new trial was denied. *See* TEX. R. APP. P.

26.1(a)(1).[1]  However, appellant has failed to timely file his amended appellate brief after the clerk's record was filed.  *See* TEX. R. APP. P. 38.6(a).

After being ordered by this Court on October 9, 2014, to file an amended appellate brief containing all necessary references to the clerk's record, because appellant had prematurely filed his brief before the clerk's record was filed and his brief lacked the required record references, appellant did not timely file an amended brief or file an extension request.  *See* TEX. R. APP. P. 38.1(d), (g), (i), 38.6(a), 42.3(c).  After being notified by this Clerk of this Court on November 26, 2014, that this appeal was subject to dismissal for want of prosecution because appellant had failed to timely file his amended brief, appellant did not timely respond to the notice.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).  Instead, the appellees filed a motion to dismiss this appeal for want of prosecution and further seek affirmance of the trial court's order granting the appellees' tradition and no-evidence motions for summary judgment.  Although the appellees' motion lacks a certificate of conference, the certificate of service states that it was served on appellant's counsel, this motion has been on file with the Court for more than 10

---

[1]  The Texas Supreme Court transferred this appeal from the Court of Appeals for the Fourth District of Texas to this Court pursuant to its docket equalization powers.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013) ("The supreme court may order cases transferred from one court of appeals to another at any time that, in the opinion of the supreme court, there is good cause for the transfer."); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 14-9121, ¶ II (Tex. June 23, 2014).

2

days, and appellant has failed to respond to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we **grant** the motion to dismiss, in part, and **dismiss** the appeal for want of prosecution for appellant's failure to timely file an amended brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.